AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA ANN DANIELS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 318-085

ANDREW SAUL, Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 28, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court REVERSES the Commissioner's final decision and REMANDS this case to the Commissioner for further consideration in accordance with this Court's opinion.



| 04/28/2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03